# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| PENNYMAC LOAN SERVICES, LLC, | § | |
| *Plaintiff,* | § | |
| | § | *Civil Action No.* |
| *v.* | § | 1:25-CV-00167-JRH |
| | § | |
| LARRY HOLBERT, *et al.*, | § | |
| *Defendants.* | § | |

## CONSENT ORDER AS TO THE UNITED STATES OF AMERICA

This matter is before the Court upon consent of Plaintiff PennyMac Loan Services, LLC (the "Plaintiff") and Defendant the United States of America (the "USA").

Plaintiff filed this action seeking judicial foreclosure of real property located at the reported mailing address of 4706 Perry Mill Circle, Grovetown, Georgia 30813 (the "Subject Property"). Plaintiff's Initial Complaint (original filed July 18, 2025; amended filed July 21, 2025). Plaintiff has joined Defendant the USA based on that one certain security deed recorded in the official real property records of Columbia County, Georgia, on October 6, 2023, at Deed Book 14918, Pages 194-199 (the "Federal Security Deed"). Complaint ¶ 16. The Federal Security Deed is attached to Plaintiff's Initial Complaint as Plaintiff's Exhibit No. 4. The validity,

priority, and unpaid balance of the Federal Security Deed as set forth above are uncontested by Plaintiff.

The USA does not oppose the Court entering judgment in favor of Plaintiff and ordering the Subject Property sold at a public sale. Plaintiff and the USA agree that this Consent Order does not affect the USA's ability to pursue collection on the Federal Security Deed as provided by law and said Federal Security Deed shall remain enforceable against any excess funds arising from any foreclosure sale of the Subject Property ordered pursuant to Plaintiff's Complaint.

THEREFORE, it is HEREBY ORDERED that the relief sought by Plaintiff in its Complaint as against the USA is hereby granted to the extent set forth above. Plaintiff shall not receive any award or judgment for attorneys' fees, costs, or other monetary damages against the USA.

It is FURTHER ORDERED that Plaintiff shall provide the USA, through counsel for the USA and the US Department of Housing and Urban Development, with notice and copies of all documents in this action, including correspondence and pre- and post-judgment pleadings, whether presented to the judge or to the clerk of the court. In addition, Plaintiff shall provide to the USA, in the same manner set forth above, notice of any excess proceeds and notice of any agreement

between debtor and Plaintiff which delays judgment or judicial sale of the property.

It is FURTHER ORDERED that Defendant the USA is hereby relieved from making any further court appearances in the case prior to notice of excess funds arising from any foreclosure sale of the Subject Property.

SO ORDERED and signed this 5th day of October 2026.

DISTRICT JUDGE J. RANDAL HALL

Consented to by:

**PADGETT LAW GROUP**

*/s/ Thomas Sears*
Thomas Sears, GBN 633810
3490 Piedmont Road NE, Suite 1475
Atlanta, Georgia 30305
850-422-2520 Telephone
850-422-2567 Facsimile
Tom.Sears@padgettlawgroup.com
gaattorney@padgettlawgroup.com
***Counsel for the Plaintiff***

Consented to by:

**MARGARET E. HEAP**
UNITED STATES ATTORNEY

*/s/ Jason W. Blanchard (with express permission)*
Jason W. Blanchard
Assistant United States Attorney
Georgia Bar No. 105620
P.O. Box 2017
Augusta, Georgia 30903
706-724-0517 Telephone
Jason.Blanchard@usdoj.gov
***Counsel for the United States of America***